DEBORAH M. SMITH
Acting United States Attorney

EVE C. ZAMORA
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6561/6510
Fax:(907)353-6501
MN Bar:  0297859
Eve.zamora@wainwright.army.mil

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>     Plaintiff,<br><br>     v.<br><br>**GLORINE CHILDS,**<br><br>     Defendant | Case Number<br><br>**COUNT I**<br>Theft<br>(Class A Misdemeanor)<br>Violation of 18 U.S.C. § 641 |

## I N F O R M A T I O N

The United States Attorney Charges that:

COUNT I

On or about the 26th day of August 2005, at or about the Main Post Exchange, on Fort Wainwright, Alaska, a military reservation acquired for the use of the United States and under the concurrent jurisdiction thereof, in the District of Alaska, the defendant, GLORINE CHILDS, did steal from the Army and Air Force Exchange Service property of some value, to wit:  three (3) compact discs and one (1) DVD, in violation of 18 U.S.C. § 641.

Dated this _____ day of _____, 2006, at Fairbanks, Alaska.

        Respectfully submitted,

        DEBORAH M. SMITH
        Acting United States Attorney


        /s/ Eve C. Zamora
        Eve C. Zamora
        Special Assistant U.S. Attorney
        101 12th Avenue, Room 310
        Fairbanks, Alaska 99701
        Telephone: (907)353-6561/6510
        Fax:(907)353-6501
        MN Bar: 0297859
        Eve.zamora@wainwright.army.mil