AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 4:06-cr-00028-TWH |
| GLORINE CHILDS | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Room<br>326 |
|---|---|
| Before: TERRANCE W. HALL, U.S. MAGISTRATE JUDGE | Date and Time<br>July 20, 2006 at 3:30 p.m. |

To answer a(n)
[] Indictment  [X] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 641

Brief description of offense:
THEFT

| Ida Romack, Clerk of Court | June 21, 2006, Fairbanks, AK |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by [signature] Deputy Clerk | |
| Name and Title of Issuing Officer | |

**NOTICE**: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]      Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 6-26-06      *Randy Johnson*
Date      Name of United States Marshal

*Holland Y. Sone*
(by) Deputy United States Marshal

Remarks: *See Attached*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

AO 83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

*Glorina Childs*

Service was made by me on:[1]   Date  6/26/2006

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Ft Wainwright

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 06/26/2006
Date

PFC Gladstone, Emiley K.
Name of ~~United States Marshal~~
Military Police/Civil liaison

*Emiley K. Gladst[one]*
(by) ~~Deputy United States Marshal~~

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.