**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**
**Eve.zamora@us.army.mil**

**Attorneys for the Plaintfiff**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>             **Plaintiff,**          )<br>)<br>vs.                                               )<br>)<br>**GLORINE CHILDS**                  )<br>)<br>             **Defendant.**        ) | Case No. 4:06-cr-00028-TWH |

### REPORT OF CONFERENCE

    This is to certify that counsel for the parties have conferred regarding discovery in this case, production is complete and there are no outstanding discovery issues at this time.

    RESPECTFULLY SUBMITTED this 27th day of July 2006.

                      EVE C. ZAMORA

                      s/ Eve C. Zamora
                      101 12th Avenue, Room 310
                      Fairbanks, Alaska  99701
                      Phone:  (907) 353-6561/6510
                      Fax: (907) 353-6501
                      Email: eve.zamora@us.army.mil
                      MN Bar: 0297859