```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. <u>GLORINE CHILDS</u>           CASE NO. <u>4:06-CR-00028-TWH</u>
Defendant: <u>X</u> Present   __In Custody  <u>X</u> On Summons  __On Bond

BEFORE THE HONORABLE: <u>      TERRANCE W. HALL                    </u>

DEPUTY CLERK/RECORDER: <u>     CATHRINE CONKLIN                    </u>

UNITED STATES' ATTORNEY: <u> TODD GEORGE                           </u>

DEFENDANT'S ATTORNEY: <u>      MJ HADEN                            </u>

U.S.P.O.: <u>                  MARCI LUNDGREN                      </u>

PROCEEDINGS: STATUS CONFERENCE          Held: October 19, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:29 a.m. court convened.

Court and counsel heard re Pretrial Diversion Agreement.

<u>X</u> Court granted oral Motion to Dismiss Without Prejudice.

At 9:32 a.m. court adjourned.

DATE: <u>October 20, 2006       </u>  DEPUTY CLERK'S INITIALS: <u>cxc    </u>