**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,         )
                                  )
         Plaintiff,               )
                                  )   Case No. 4:06-cr-00028-TWH
v.                                )
                                  )
GLORINE CHILDS,                   )
                                  )
         Defendant.               )
                                  )

**JUDGMENT OF DISCHARGE**
Fed.R.Crim.P. 32(d)(1)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__  The court has granted the motion of the government for dismissal without prejudice;
    ___  The court has granted the motion of the defendant for a Judgment of Acquittal;
    ___  A jury has been waived, and the court has found the defendant NOT GUILTY;
    ___  The jury has returned its verdict, finding the defendant NOT GUILTY;
    ___  (Other reason, or reasons, if any);
of the offense(s) of    as charged in count(s)    of the Information/Indictment/Superseding Indictment.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

    **DATED** at Fairbanks, Alaska, this 24 day of October, 2006.

**REDACTED SIGNATURE**
_____
TERRANCE W. HALL
United States Magistrate Judge

[406cr28TWH judgment of discharge.wpd]{DISCHARG.WPD*Rev.2/97}